IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JULIUS ANDREWS                                              PETITIONER

v.                          NO. 2:08CV00009 WRW/HDY

T.C. OUTLAW, Warden, FCI                                    RESPONDENT
Forrest City, Arkansas

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for preliminary injunction and the motion to expedite response filed by petitioner Julius Andrews are denied.

IT IS SO ORDERED this 6th day of May, 2008.


　　　　　　　　　　　　　　　　　　　　/s/ Wm. R. Wilson, Jr._____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE