**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**JULIUS ANDREWS**                                                                **PETITIONER**

**v.**                                       **2:08CV00009 WRW/HDY**

**T.C. OUTLAW, Warden, FCI**                                               **RESPONDENT**
**Forrest City, Arkansas**

**ORDER**

Petitioner Julius Andrews commenced this proceeding by filing a pleading alleging that he is

being denied "camp placement" and the opportunity to transfer to a "low facility" close to his home.

He also filed motions for preliminary injunction and to expedite a response from respondent T.C.

Outlaw.[1]

United States Magistrate Judge H. David Young recommended that the motions be denied.

The recommendation was adopted, and Andrews's motions for preliminary injunction and to expedite

a response from Outlaw were denied.  Now pending is what I will consider a motion for

reconsideration,[2] which asserts that Andrews's objections to the Magistrate Judge's recommendation

were not considered before entering the May 6, 2008 Order.

I have again reviewed the recommended disposition, objections, and May 6, 2008 Order.

The May 6, 2008 erroneously claimed that Andrews's objections were not considered; the objections

were indeed considered, and have again been considered.  Accordingly, the Motion for

Reconsideration (Doc. No. 35) is DENIED.

IT IS ORDERED this 27th day of May, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1]*See* Doc. Nos. 15 and 22.

[2]*See* Doc. No. 35.