# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JULIUS ANDREWS                                                                                      PETITIONER

v.                                                    2:08CV00009 WRW

T.C. OUTLAW, Warden, FCI                                                              RESPONDENT
Forrest City, Arkansas

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. This proceeding is dismissed without prejudice for petitioner Julius Andrews' failure to prosecute. Judgment will be entered for respondent T.C. Outlaw.

IT IS SO ORDERED this 19th day of June, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE