IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JULIUS ANDREWS                                                                          PETITIONER

v.                                         2:08CV00009 WRW

T.C. OUTLAW, Warden, FCI                                                          RESPONDENT
Forrest City, Arkansas

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent T.C. Outlaw.  This proceeding is dismissed without prejudice for petitioner Julius Andrews' failure to prosecute.

IT IS SO ORDERED this 19th day of June, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE